607 F.2d 704
 SOCIALIST WORKERS PARTY et al., Plaintiffs-Appellees,
v.
Paul J. HARDY and Edwin W. Edwards, Defendants-Appellants.
 No. 77-2736.
 United States Court of Appeals,
Fifth Circuit.
 Nov. 28, 1979.
 
 Joseph W. Thomas, Ronald C. Davis, Asst. Attys. Gen., New Orleans, La., for defendants-appellants.
 R. James Kellogg, New Orleans, La., for plaintiffs-appellees.
 Before GODBOLD, HILL and POLITZ, Circuit Judges.
 PER CURIAM:
 
 
 1
 AFFIRMED on the opinion of the district court, No. 77-2211 (E.D.La. Aug. 5, 1979).